IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Charles Law, Sr. and Betty J. Law, | ) | C/A No.: 1:15-3309-JMC-SVH |
| Plaintiffs, | ) | |
| vs. | ) | |
| The Town of Fairfax, an Incorporated South Carolina Municipality; Officer John Doe, Individually as a police officer for the Town of Fairfax; and Officer J. Singleton, Individually as a Police officer for the Town of Fairfax, | ) | ORDER |
| Defendants. | ) | |

This action was removed to this court on August 19, 2015. [ECF No. 1]. Pursuant to the Fifth Amended and Final Scheduling Order, dispositive motions, if any, were to be filed by no later than September 15, 2017. [ECF No. 43]. This deadline has now expired.

Because the discovery and dispositive motions deadline in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

September 18, 2017
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge